**FLEXIBLE FILE CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5545.

Circuit Court of Appeals, Sixth Circuit.
March 14, 1930.

Herbert W. Nauts, of Toledo, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals affirmed.

**FORDSON COAL CO. v. John M. MOORE, Sheriff of Pike County, Ky.**

No. 5500.

Circuit Court of Appeals, Sixth Circuit.
Oct. 8, 1929.

Longley & Middleton, of Detroit, Mich., Harman, Francis & Hobson, of Pikeville, Ky., and C. K. Calvert and John G. Bruce, both of Pineville, Ky., for appellant.

J. W. Cammack, Atty. Gen., John W. Farmer, of Louisville, Ky., Zach Justice, of Pikeville, Ky., and Gardner K. Byers, of Louisville, Ky., for appellee.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellant.

**FORD MOTOR CO. v. PARKER RUST PROOF COMPANY.**

No. 5498.

Circuit Court of Appeals, Sixth Circuit.
March 13, 1930.

Otto F. Barthel, Longley & Middleton, and Chas. R. Halbert, all of Detroit, Mich., and Jones, Addington, Ames & Seibold, of Chicago, Ill., for appellant.

Angell, Turner & Dyer, of Detroit, Mich., Edw. N. Pagelsen, of Panama City, Fla., B. D. Chandler, of Hudson, Mich., and J. H. Cornelius, of Adrian, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**Rudolph GAYNOR et al., Appellants, v. UNITED STATES of America.**

No. 8783.

Circuit Court of Appeals, Eighth Circuit.
March 11, 1930.

James M. Rader, of Kansas City, Mo., for appellants.

William L. Vandeventer, U. S. Atty., and Harry L. Thomas, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed on motion of appellant and consent of counsel for appellee.

**George Elmo GILLIES, by His Guardian Ad Litem, George B. Gillies, v. TELLURIDE POWER COMPANY.**

No. 4.

Circuit Court of Appeals, Tenth Circuit.
June 2, 1930.

King & King, of Salt Lake City, Utah, for appellant.

H. R. Waldo, of Salt Lake City, Utah, and Fred R. Wright, of Denver, Colo., for appellee.

Before LEWIS, COTTERAL, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 2, 1930, on motion of appellee.